**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**BATEMAN HARDEN, P.A.,**

    **Plaintiff,**

**vs.**                                            **Case No. 4:10cv136-SPM/WCS**

**JOSEPH R. FRANCIS, et al.,**

    **Defendants.**

    _____/

## O R D E R

Plaintiff filed a complaint on April 16, 2010, against an individual (Defendant Joseph R. Francis) and several companies: Mantra Films, Inc., MRA Holdings, LLC, and Aero Falcons, LLC.  Summons were issued on April 21, 2010, docs. 4-8, and on June 28, 2010, an Answer was filed solely by Defendant Francis, *pro se*.  Doc. 9.  On July 9, 2010, Plaintiffs filed a motion for default against the three company Defendants, supported by several affidavits indicating that all Defendants were served on April 23, 2010.  Doc. 11, pp. 5-9.  The motion was granted.  Docs. 12, 13.

On September 22, 2010, a motion for default judgment was filed as to Defendant Francis.  Doc. 19.  The motion is supported by an affidavit of damages and costs.  Doc.

20. On September 28, 2010, a notice of appearance was filed on behalf of all Defendants. Doc. 21. Defendants shall have until **October 15, 2010**, to file a response to the motion for default judgment, doc. 19.

The parties should note this case proceeds in the Tallahassee Division of the Northern District of Florida. That change should be made in the case heading.

Accordingly, it is

**ORDERED:**

1. Ruling is **DEFERRED** on Plaintiff's motion for default judgment, doc. 19.

2. Defendants shall have until **October 15, 2010**, to file a reply.

3. The Clerk shall refer this file to me upon Defendants' filing of a reply, or no later than October 15, 2010.

**DONE AND ORDERED** on September 30, 2010.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**