IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BATEMAN HARDEN PA,

    Plaintiff,

vs.                                                                           Case No. 4:10-CV-136-SPM

JOSEPH R. FRANCIS, et al.

    Defendants,
_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE comes before the Court upon the Motion to Withdraw as Counsel (doc. 33), in which Defendants' counsel explains that irreconcilable differences have arisen that prevent counsel from representing Defendants. To date, Plaintiff's counsel has not filed any objections. Therefore, the Court finds that good cause exists to permit the withdrawal. Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The motion to withdraw (doc. 33) is hereby **granted**.

2. The law firm of Bassi, Edlin, Huie, & Blum LLP ("BEHB") is relieved of any further responsibility in this case.

3. On or before **March 7, 2011**, Defendants shall secure the filing of a notice of appearance by a new attorney or advise the Court in

writing of their intent to proceed *pro se* in this case.

4. If Defendants fail to respond, it will be assumed until further notice that they will proceed *pro se*.

5. The clerk shall send this and all further orders and correspondence to Defendant Joseph R. Francis at 1601 Cloverfield, Suite 420 South, Santa Monica, CA 90404, and GGW Legal, 1601 Cloverfield, Suite 420 South, Santa Monica, CA 90404.

DONE AND ORDERED this <u>twenty-fourth</u> day of February, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge
