IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BATEMAN HARDEN PA,**

    **Plaintiff,**

v.                                       CASE NO. 4:10-cv-136-MW/CAS

**JOSEPH R. FRANCIS, individually
and as President of MANTRA FILMS,
INC., and as the Managing Director
of MRA HOLDINGS, LLC, and
AREO FALCONS, LLC; MANTRA
FILMS, INC.; MRA HOLDINGS,
LLC; and AERO FALCONS, LLC,**

    **Defendants.**

_____

## ORDER OF DISMISSAL

In consideration of the Court's Order Notifying Interested Parties of This Court's Intent to Dismiss This Action With Prejudice, ECF No. 121, entered July 12, 2013, the Notice of Compliance With Order Advising Interested Parties of Intent to Dismiss Action With Prejudice, ECF No. 123, filed July 12, 2013, and a review of the docket lines, the Court finds as follows:  All interested parties have been notified of the Court's order, ECF No. 12;  no parties have sought to intervene in this action; and the Estate of Frederick L. Bateman is not pursuing a claim for attorneys' fees.  Accordingly, it is

ORDERED that this case is **DISMISSED with prejudice.** The Clerk shall enter judgment stating, "This cause is **dismissed with prejudice.**" The Clerk shall close the file.

**SO ORDERED on July 23, 2013.**

<u>s/Mark E. Walker</u>
**United States District Judge**